IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WESLEY JONES; and KARRI JONES                                                              PLAINTIFFS

v.                                            No. 4:15CV00505-JLH

UNITED-BILT HOMES, LLC;
and CHARLES HOLDEN d/b/a
HOLDEN APPRAISAL SERVICE                                                               DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is remanded to the Circuit Court of Woodruff County, Arkansas.

IT IS SO ORDERED this 24th day of September, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE